IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BAC HOME LOANS SERVICING LP,

    Plaintiff,　　　　　　　　　　No. CIV S-11-2198 GEB CKD PS

    vs.

THINH NGUYEN, et al.,

    Defendants.　　　　　　　　　<u>ORDER</u>

_____/

    This action was initially removed to state court on August 18, 2011. It was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On August 22, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendant Gonzalez filed objections to the findings and recommendations; plaintiff filed a reply to the objections.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Fed. R. Civ. P. 72(b), and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed August 22, 2011 are adopted in full; and

4  2. The above-entitled action is summarily remanded to the Superior Court of California, County of Placer.

Dated: September 27, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2